**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO EUGENIO CHAVEZ, | ) | CASE NO. CV 14-01473 CJC (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CHARLES WILLIAMS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: May 4, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE