**O**

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO EUGENIO CHAVEZ, ) | CASE NO. CV 14-01473 CJC (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| CHARLES WILLIAMS, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of FRANCISCO EUGENIO CHAVEZ for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 4, 2015

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE